IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **EUGENE ALLEN HERNANDEZ, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. CIV 6:10-342 CG |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| of the Social Security Administration, ) | |
| ) | |
| **Defendant.** ) | |

**STIPULATED ORDER**

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 24), requesting that the briefing schedule be extended by thirty days to allow Plaintiff time to seek an attorney to represent him in the above-captioned matter.  It being stated that Defendant has no objection to Plaintiff's request for additional time, the Court having read the motion and being fully advised in the premises finds that the motion is well taken.

IT IS THEREFORE ORDERED:

Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision, with Supporting Memorandum, on or before November 17, 2010;

Defendant shall file a Response to Plaintiff's Motion to Reverse or Remand on or before January 18, 2011; and

Plaintiff may file a Reply to Defendant's Response, and shall file the Notice of Completion, on or before February 4, 2010.

_____
THE HONORABLE CARMEN E. GARZA
United States Magistrate Judge

SUBMITTED BY:

*Electronically submitted on 10/26/10*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant