## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

EUGENE ALLEN HERNANDEZ, SR.,

        Plaintiff,

vs.                                                CIV 10-0342 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

### <u>JUDGMENT</u>

Pursuant to the Order entered concurrently herewith, the Court enters this Final

Order pursuant to Fed. R. Civ. P. 58, dismissing Plaintiff's complaint without prejudice.

**IT IS THEREFORE ORDERED** that Judgment is hereby entered against Plaintiff.

Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.


_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent